Yana A. Hart, Esq. (SBN: 225557)
yana@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio S Ste 101
San Diego, CA 92108
Phone: (619) 233-7770
Fax: (619) 297-1022

*Attorneys for Plaintiff*
Wilmer Mangandi

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| WILMER MANGANDI, | Case No: 3:18-cv-01797-AJB-BGS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

Plaintiff WILMER MANGANDI and Defendant, EQUIFAX INFORMATION SERVICES, LLC, hereby move this Court to dismiss the above-entitled action with prejudice.

WHEREFORE, the parties respectfully request that this Court dismiss this action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**HYDE & SWIGART, APC**

Date: February 42, 2019

By: Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*

**NOKES & QUINN**

Date: February 20, 2019          By: s/ *Thomas P. Quinn, Jr.*
                                 Thomas P. Quinn, Esq.
                                 *Attorneys for Defendant*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained Mr. Quinn's authorization to affix his electronic signature to this document.

Date: February 20, 2019          By: s/ *Yana A. Hart*
                                 Yana A. Hart, Esq.
                                 *Attorneys for Plaintiff*