IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilmer Mangandi,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services, LLC,<br><br>Defendant. | Case No.: 3:18-cv-01797-AJB-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**(Doc. No. 14)** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 21, 2019

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge